**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Steven Patterson | CASE NUMBER |
| v.                                    PLAINTIFF(S) | 2:26-cv-01938-PA-Ex |
| UVA Health et al | **ORDER RE TRANSFER** **(RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

~~TRANSFER ORDER DECLINED~~

_____
Date

_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

See attached.

_____

_____

_____

_____

March 10, 2026
Date

/s/  Fernando M. Olguin
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    2:26-cv-00321-FMO-RAOx    and the present case:

- [✓] A.    Arise from the same or closely related transactions, happenings or events; or
- [✓] B.    Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.    For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*     [ ] *Statistics Clerk*

CV-34 (06/23)                    ORDER RE TRANSFER (Related Cases)

Attachment to Form CV-34A
**Steve Patterson v. UVA Health, et al.**
Case No. CV 26-1938 PA (Ex)

Case No. CV 26-1938 PA (Ex) and Case No. CV 26-0321 FMO (RAOx) do not appear to be closely related, nor do they call for the determination of substantially similar or related questions of law or fact.  Case No. 26-0321 is a complaint filed by entities that provide data sharing tools or healthcare treatment against several defendants contending that they are exploiting interoperability frameworks under the guise of providing healthcare but in actuality are taking patient records for other purposes.  Case No. 26-1938 is a class action brought by and on behalf of individuals whose private information was exposed as a result of a data breach discovered in January 2026.  While the cases involve some of the same parties, the factual circumstances and defenses will necessarily be different.