John J. Atallah (CA Bar No. 294116)
Foley & Lardner LLP
555 S Flower St
Suite 3300
Los Angeles, CA  90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065
Email:  jatallah@foley.com
Attorney for Defendant
EPIC SYSTEMS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PATTERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UVA HEALTH, EPIC SYSTEMS CORPORATION, HEALTH GORILLA, AND MAMMOTH PATH SOLUTION, LLC,<br><br>Defendants. | Case No. 2:26-cv-01938-PA-E<br><br>**LOCAL RULE 7-3 DECLARATION OF ERIC J. HATCHELL IN SUPPORT OF DEFENDANT EPIC SYSTEMS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

I, Eric J. Hatchell declare as follows:

1. This declaration is submitted pursuant to Local Rule 7-3 in support of the Motion to Dismiss filed concurrently by Defendant Epic Systems Corporation ("Epic").

DECLARATION OF ERIC J. HATCHELL IN SUPPORT
OF MOTION TO DISMISS COMPLAINT
2:26-CV-01938-PA-E

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
MADISON

1

2.    I am a partner at the law firm Foley & Lardner LLP and serve as counsel for Epic. I have personal knowledge of the facts set forth below, and I am competent to testify regarding the same.

3.    On May 18, 2026, my colleagues and I, including Michael D. Leffel and Amber Quinlan Willette, met and conferred with Mark T. Freeman of the law firm Cole & Van Note, counsel for Plaintiff, regarding the issues raised in Epic's anticipated motion to dismiss.

4.    During the meet-and-confer, we explained that Epic intends to seek dismissal of Plaintiff's claims for negligence (Count I), breach of implied contract (Count II), and breach of the implied covenant of good faith and fair dealing (Count III). We further explained that Epic will move to dismiss on the grounds that the Court lacks personal jurisdiction over Epic under Federal Rule of Civil Procedure 12(b)(2), that Plaintiff lacks Article III standing under Rule 12(b)(1), and that Plaintiff fails to state a claim under Rule 12(b)(6).

5.    Despite good-faith efforts to resolve or narrow the issues raised by Epic's anticipated motion, the parties were unable to reach a resolution.

6.    Contemporaneously with this declaration, Epic is filing its Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
MADISON

DECLARATION OF ERIC J. HATCHELL IN SUPPORT
OF MOTION TO DISMISS COMPLAINT
2:26-CV-01938-PA-E

Dated:  May 26, 2026                    FOLEY & LARDNER LLP

_____

Eric J. Hatchell (WI Bar No. 1082542) (*pro hac vice* application forthcoming)
Foley & Lardner LLP
150 E. Gilman Street, Suite 5000
Madison, WI 53703-1482
(P) 608.257.5035
(F) 608.258.4258
ehatchell@foley.com

*Attorneys for Defendant Epic Systems Corporation*

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
MADISON

DECLARATION OF ERIC J. HATCHELL IN SUPPORT OF MOTION TO DISMISS
COMPLAINT  2:26-CV-01938-PA-E

3