John J. Atallah (CA Bar No. 294116)
Foley & Lardner LLP
555 S Flower St
Suite 3300
Los Angeles, CA  90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065
Email:  jatallah@foley.com
Attorney for Defendant
EPIC SYSTEMS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PATTERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UVA HEALTH, EPIC SYSTEMS CORPORATION, HEALTH GORILLA, AND MAMMOTH PATH SOLUTION, LLC,<br><br>Defendants. | Case No. 2:26-cv-01938<br><br>**DECLARATION OF MARTHA JAHN SNYDER** |

Pursuant to 28 U.S.C. § 1746, I, Martha Jahn Snyder, declare as follows:

1.     I am competent to testify and have personal knowledge of the facts stated herein based on my work as in-house counsel at Epic Systems Corporation ("Epic"), and my review of records that are created and maintained by Epic in the regular course of business and as a regular practice, and that were made at or near the

time of the act or event recorded by a person with knowledge. The statements herein are true and correct to the best of my knowledge.

2.     I have been employed with Epic since 2022.

3.     Over the almost four years in my role at Epic, I have become familiar with the corporate structure of Epic and the nature of the primary business functions of Epic.

4.     Epic is a company incorporated under the laws of the State of Wisconsin. (*See* Exhibit A.)

5.     Epic's headquarters and principal place of business is located at 1979 Milky Way, Verona, Wisconsin 53593-9179.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 26th day of May, 2026, in Wisconsin.

_Martha Snyder_
Martha Jahn Snyder

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
MADISON

- 2 -

DECLARATION OF MARTHA JAHN SNYDER

2:26-CV-01938