# EXHIBIT A

Wisconsin.Gov



State of Wisconsin
# Department of Financial Institutions

Search for:

| Epic Systems Corporation | Search Records |
|---|---|

Search
Advanced Search
Name Availability

---

**Corporate Records**                                    Result of lookup for **1H10155** (at 5/22/2026 3:34 PM )

# EPIC SYSTEMS CORPORATION

---

**You can:** File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

---

**Vital Statistics**

**Entity ID**                 1H10155

**Registered**                02/01/1979
**Effective Date**

**Period of Existence**       PER

**Status**                    Restored to Good Standing   Request a Certificate of Status

**Status Date**               09/28/1993

**Entity Type**               Domestic Business

**Annual Report**             Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes.
**Requirements**

---

**Addresses**

**Registered Agent Office**

JUDITH R. FAULKNER
1979 MILKY WAY
VERONA , WI 53593-9179

File a Registered Agent/Office Update Form

**Principal Office**

1979 MILKY WAY
VERONA , WI 53593-9179

---

**Historical Information**

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|------|------|-------|----------|-----------|
| 2026 | 000 | 0000 | online | database |
| 2025 | 000 | 0000 | online | database |
| 2024 | 000 | 0000 | online | database |
| 2023 | 000 | 0000 | online | database |
| 2022 | 000 | 0000 | online | database |
| 2021 | 000 | 0000 | online | database |
| 2020 | 000 | 0000 | online | database |
| 2019 | 000 | 0000 | online | database |
| 2018 | 000 | 0000 | online | database |
| 2017 | 000 | 0000 | online | database |
| 2016 | 000 | 0000 | online | database |
| 2015 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2011 | 000 | 0000 | online | database |
| 2010 | 000 | 0000 | online | database |
| 2009 | 000 | 0000 | online | database |
| 2008 | 000 | 0000 | online | database |
| 2007 | 000 | 0000 | online | database |
| 2006 | 000 | 0000 | online | database |
| 2005 | 000 | 0000 | online | database |

| 2004 | 000 | 0000 | online | database |
|------|-----|------|--------|----------|
| 2003 | 000 | 0000 | online | database |
| 2002 | 000 | 0000 | online | database |
| 2001 | 004 | 1921 | paper | microfilm |
| 2000 | 004 | 1113 | paper | microfilm |
| 1999 | 003 | 1028 | paper | microfilm |
| 1998 | 003 | 0312 | paper | microfilm |
| 1997 | 007 | 0266 | paper | microfilm |
| 1996 | 007 | 0945 | paper | microfilm |
| 1995 | 007 | 1109 | paper | microfilm |
| 1994 | 005 | 0225 | paper | microfilm |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**

| Year | Reel | Image | Filed By | Stored On |
|------|------|-------|----------|-----------|
| 1982 | 156 | 0464 | paper | microfilm |

Order a Document Copy

**Old Names**

| Change Date | Name |
|-------------|------|
| Current | EPIC SYSTEMS CORPORATION |
| 12/21/1983 | HUMAN SERVICES COMPUTING, INC. |

**Chronology**

| Effective Date | Transaction | Processed Date | Description |
|----------------|-------------|----------------|-------------|
| 02/01/1979 | Incorporated/Qualified/Registered | 02/01/1979 | ***RECORD IMAGED*** |
| 11/18/1983 | Restated Articles | 11/18/1983 | CHG REGD AGT/ADDRESS |
| 12/21/1983 | Amendment | 12/21/1983 | CHG NAME |
| 01/01/1988 | In Bad Standing | 01/01/1988 | NAD 2/22/93 RTN UND |
| 05/24/1993 | Notice of Administrative Dissolution | 05/24/1993 | 932082445 |
| 07/29/1993 | Administrative Dissolution | 07/29/1993 | 932121601 |
| 09/28/1993 | Restored to Good Standing | 10/04/1993 | |
| 09/28/1993 | Certificate of Reinstatement | 10/04/1993 | |

| 09/28/1993 | Change of Registered Agent | 10/04/1993 | FM 16-1993 |
|---|---|---|---|
| 04/25/1995 | Change of Registered Agent | 04/25/1995 | FM 16-1995 |
| 10/18/1995 | Restated Articles | 10/18/1995 | |
| 04/10/1998 | Amendment | 04/16/1998 | |
| 01/22/2002 | Amendment | 01/29/2002 | |
| 02/18/2002 | Change of Registered Agent | 02/18/2002 | FM16-E-Form |
| 10/29/2002 | Restated Articles | 10/30/2002 | |
| 07/20/2004 | Restated Articles | 07/22/2004 | |
| 04/12/2006 | Change of Registered Agent | 04/12/2006 | FM16-E-Form |
| 08/02/2006 | Change of Registered Agent | 08/04/2006 | |
| 04/02/2012 | Restated Articles | 04/03/2012 | |
| 03/17/2017 | Change of Registered Agent | 03/17/2017 | Form16 OnlineForm |
| 08/20/2018 | Amendment | 08/27/2018 | |
| 07/11/2021 | Change of Registered Agent | 07/11/2021 | FM13-E-Form |
| 10/04/2021 | Change of Registered Agent | 10/04/2021 | FM13-E-Form |
| 03/16/2023 | Change of Registered Agent | 03/16/2023 | Form16 OnlineForm |

Order a Document Copy