John J. Atallah (CA Bar No. 294116)
Foley & Lardner LLP
555 S Flower St
Suite 3300
Los Angeles, CA  90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065
Email:  jatallah@foley.com
Attorney for Defendant
EPIC SYSTEMS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PATTERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UVA HEALTH, EPIC SYSTEMS CORPORATION, HEALTH GORILLA, AND MAMMOTH PATH SOLUTION, LLC,<br><br>Defendants. | Case No. 2:26-cv-01938-PA-E<br><br>**EPIC SYSTEMS CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
MADISON

- 1 -

EPIC SYSTEMS CORPORATION'S
CORPORATE DISCLOSURE
STATEMENT
2:26-cv-01938-PA-E

Pursuant to Federal Rule of Civil Procedure 7.1(b) and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff Epic Systems Corporation certifies as follows:

1) Epic Systems Corporation does not have a parent corporation;

2) Epic Systems Corporation is not a publicly traded company, and no publicly held corporation owns 10% or more of its stock; and

3) The following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification and recusal:

- Steven Patterson
- Epic Systems Corporation
- UVA Health
- Health Gorilla
- Mammoth Path Solution, LLC

//
//
//
//
//
//
//
//
//
//
//
//
//
//

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
MADISON

- 2 -

EPIC SYSTEMS CORPORATION'S
CORPORATE DISCLOSURE
STATEMENT
2:26-cv-01938-PA-E

Dated:  May 26, 2026

**FOLEY & LARDNER LLP**

*/s/ John J. Atallah*
John J. Atallah (CA Bar No. 294116)
Foley & Lardner LLP
555 S Flower St
Suite 3300
Los Angeles, CA  90071-2411
Phone:  213.972.4500
Fax:  213.486.0065
Email:  jatallah@foley.com


Michael D. Leffel (WI Bar No. 1032238) (*pro hac vice* application forthcoming)
Eric J. Hatchell (WI Bar No. 1082542) (*pro hac vice* application forthcoming)
Amber R. Quinlan Willette (WI Bar No. 1144563) (*pro hac vice* application forthcoming)
Foley & Lardner LLP
150 E. Gilman Street, Suite 5000
Madison, WI 53703-1482
(P) 608.257.5035
(F) 608.258.4258
ehatchell@foley.com
mleffel@foley.com
amber.quinlanwillette@foley.com

*Attorneys for Defendant Epic Systems Corporation*

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
MADISON

- 3 -

EPIC SYSTEMS CORPORATION'S
CORPORATE DISCLOSURE
STATEMENT
2:26-cv-01938-PA-E