Jason J. Kim (State Bar No. 221476)
kimj@Hunton.com
Hakop Stepanyan (State Bar No. 296782)
hstepanyan@Hunton.com
Paige Van Oosten (State Bar No. 367096)
pvanoosten@Hunton.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Defendant
THE RECTOR AND VISITORS
OF THE UNIVERSITY OF VIRGINIA,
erroneously sued as UVA HEALTH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN PATTERSON,<br><br>   Plaintiff,<br><br>  v.<br><br>UVA HEALTH, EPIC SYSTEMS CORPORATION, HEALTH GORILLA, AND MAMMOTH PATH SOLUTION, LLC,<br><br>   Defendants. | CASE NO.:  2:26-cv-01938-PA-E<br><br>**DEFENDANT THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA'S NOTICE OF CHANGE OF LEAD COUNSEL** |

*Hunton Andrews Kurth LLP*
*550 South Hope Street, Suite 2000*
*Los Angeles, California 90071-2627*

PLEASE TAKE NOTICE that Defendant The Rector and Visitors of the University of Virginia, erroneously sued as "UVA Health," hereby designates Jason J. Kim of the law firm of Hunton Andrews Kurth LLP as lead counsel in this action, and Hakop Stepanyan and Paige Van Oosten of Hunton Andrews Kurth LLP as counsel to be noticed. The aforementioned attorneys are already listed as counsel of record.

Dated:  May 29, 2026                    **HUNTON ANDREWS KURTH LLP**


By:    _/s/ Jason J. Kim_
       Jason J. Kim
       Hakop Stepanyan
       Paige Van Oosten
      Attorneys for Defendant
      THE RECTOR AND VISITORS OF
      THE UNIVERSITY OF VIRGINIA,
      erroneously sued as UVA HEALTH

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

1

DEFENDANT THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA'S
NOTICE OF CHANGE OF LEAD COUNSEL