Jason J. Kim (State Bar No. 221476)
kimj@Hunton.com
Hakop Stepanyan (State Bar No. 296782)
hstepanyan@Hunton.com
Paige Van Oosten (State Bar No. 367096)
pvanoosten@Hunton.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Defendant
THE RECTOR AND VISITORS
OF THE UNIVERSITY OF VIRGINIA,
erroneously sued as UVA HEALTH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN PATTERSON,<br><br>       Plaintiff,<br><br>    v.<br><br>UVA HEALTH, EPIC SYSTEMS CORPORATION, HEALTH GORILLA, AND MAMMOTH PATH SOLUTION, LLC,<br><br>       Defendants. | CASE NO.:  2:26-cv-01938-PA-E<br><br>**DEFENDANT THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA'S NOTICE OF INTERESTED PARTIES** |

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

DEFENDANT THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA'S
NOTICE OF INTERESTED PARTIES

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for Defendant The Rector and Visitors of the University of Virginia, erroneously sued as "UVA Health" ("UVA"), states as follows:

1. The board of visitors of the University of Virginia is a corporation created by the Commonwealth of Virginia known as "the Rector and Visitors of the University of Virginia." Va. Code §23.1-2200. The board of visitors, which is under the control of the Virginia General Assembly, operates the University of Virginia and its related Medical Center.

2. UVA has no parent, subsidiary, or affiliate entities that have issued stock or debt securities to the public, and no publicly held corporation owns ten percent or more of its stock.

3. UVA is not aware of any persons, associations of persons, firms, partnerships, corporations, or other business entities which are not parties that may have a pecuniary interest in the outcome of the case.

These foregoing representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  June 1, 2026                    **HUNTON ANDREWS KURTH LLP**

By:    /s/ Jason J. Kim
       Jason J. Kim
       Hakop Stepanyan
       Paige Van Oosten
       Attorneys for Defendant
       THE RECTOR AND VISITORS OF THE
       UNIVERSITY OF VIRGINIA, erroneously
       sued as UVA HEALTH

DEFENDANT THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA'S
NOTICE OF INTERESTED PARTIES