Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STEVEN PATTERSON individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>UVA HEALTH, EPIC SYSTEMS CORPORATION, HEALTH GORILLA, AND MAMMOTH PATH SOLUTION, LLC,<br><br>Defendants. | **Case No. 2:26-cv-01938-PA-E**<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff Steven Patterson hereby responds to the questions raised by the Court in its June 24, 2026, Order to Show (ECF No. 36) as follows:

On May 11, 2026, counsel for Defendant Mammoth Path Solutions executed a Waiver of Service of Process which extended its deadline to July 10, 2026 (ECF No. 39). Defendant Mammoth and Plaintiff recently agreed to a further extension of Defendant Mammoth's time to respond to August 9, 2026. (ECF No. 40). This extension was granted by the Court on June 30, 2026. (ECF No. 43).

Dated: July 1, 2026                              Respectfully submitted,


/s/ Mark T. Freeman
Mark T. Freeman, Esq. (CA S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:(510) 891-9800
Facsimile: (510) 891-7030
Email:     mtf@colevannote.com

Attorneys for Representative Plaintiff and
the Plaintiff Class


## CERTIFICATE OF SERVICE

I hereby certify that, on July 1, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.


/s/ Mark T. Freeman
Mark T. Freeman